JAMES McMANIS (40958)
TYLER ATKINSON (257997)
HILARY WEDDELL (293276)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   (408) 279-8700
Facsimile:    (408) 279-3244
Email:        tatkinson@mcmanislaw.com

Attorneys for Petitioners,
PRAVEEN NARRA and INDYZEN, INC.
dba TECH.US

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAVEEN NARRA and INDYZEN, INC. dba TECH.US,<br><br>         Petitioners,<br><br>     vs.<br><br>SKYHOP TECHNOLOGIES, INC. and KRISTINE SCOTTO,<br><br>         Respondents. | Case No.: 5:23-CV-01587-PCP<br><br>**STIPULATION OF DISMISSAL**<br><br>Pursuant to FRCP Rule 41(a)(1)(A)(ii)<br><br>Judge:     Hon. P. Casey Pitts |

1   This Stipulation of Dismissal is entered into by and between Petitioners, Praveen Narra and Indyzen, Inc. dba Tech.us ("Petitioners"), and Respondents Skyhop Technologies, Inc. and Kristine Scotto ("Respondents"), who are collectively referred to as the "Parties."

The Parties stipulate to dismissal pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). The parties jointly agree to dismissal with prejudice and with the parties to bear their own fees and costs.

Respectfully submitted,

*Counsel for Petitioners*

By:   /s/ Tyler Atkinson

Dated: 12/4/23

JAMES McMANIS (CBN 40958)
TYLER ATKINSON (CBN 257997)
HILARY WEDDELL (CBN 293276)
McMANIS FAULKNER
a Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        tatkinson@mcmanislaw.com

Attorneys for Petitioners,
PRAVEEN NARRA and INDYZEN, INC.
dba TECH.US

*Counsel for Respondents*

By:   /s/ Omar Ortega

Dated: 12/4/23

Alexander Esteban, Esq.
Florida Bar No. 107491
Javier A. Reyes, Esq.
Florida Bar No. 688487
Armando Rosquete, Esq.
Florida Bar No. 648434
Bell Rosquete Reyes Esteban, PLLC
999 Ponce De Leon Blvd., Suite 1120 PH
Miami, Florida 33134
Telephone: (305) 570-1610
Facsimile: (305) 570-1599
aesteban@brresq.com
jreyes@brresq.com
arosquete@brresq.com

Omar Ortega, Esq.
Florida Bar No. 0095117
Ashley Suarez, Esq.
Florida Bar No. 1025717
DORTA & ORTEGA, P.A.
3860 SW 8th Street, PH
Coral Gables, FL 33134
Phone: (305) 461-5454
Fax: (305) 461-5226
oortega@dortaandortega.com
asuarez@dortaandortega.com
dkoch@dortaandortega.com